

FILED
SEP 19 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

05-1267

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  [signature]  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>[illegible]   9-16-05<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Warden<br>FCI, Pekin<br>Box 5000<br>Pekin Il 61555 | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0860 0004 7294 6586 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1540 |