E-FILED
Tuesday, 20 September, 2005  03:55:09 PM
Clerk, U.S. District Court, ILCD

# FILED

SEP 2 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

05-1267

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Margo Camp   9/20/05<br>D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Jan Paul Miller<br>U.S. Attorneys Office<br>211 Fulton, Suite 400<br>Peoria IL 61602 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7002 0860 0004 7294 6500 | |
| PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540 | |