**E-FILED**
Tuesday, 15 November, 2005  11:18:37 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | | |
|---|---|---|
| JOSEPH THOMPSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 05-1267 |
| | ) | |
| UNITED STATES PAROLE | ) | |
| COMMISSION, | ) | |
| | ) | |
| Respondent. | ) | |

### REQUEST FOR EXTENSION OF TIME TO FILE AN ANSWER

Now comes the respondent, by and through its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Thomas A. Keith, Assistant United States Attorney, and for its Request for Extension of Time, states as follows:

1. On September 14, 2005, this Court ordered the respondent to file a response within 60 days of service, November 18, 2005.

2. On September 21, 2005, counsel for the respondent requested a litigation report from the United States Parole Commission.

3. The respondent has not yet received the litigation report from the Parole Commission.

4. Because the attorney for the respondent has not received the necessary information to prepare a response in this case, more time is needed to receive and review the Parole Commission litigation report and the petitioner's Parole Commission documentation, and prepare a proper response and appendix in this case.

5. The respondent will make every effort to file the response as soon as possible after receiving the litigation report.

WHEREFORE, the respondent requests an extension of time until December 2, 2005.

> Respectfully submitted,
>
> UNITED STATES OF AMERICA
>
> JAN PAUL MILLER
> UNITED STATES ATTORNEY
>
> /s Thomas A. Keith
> Thomas A. Keith
> Assistant United States Attorney
> 211 Fulton, Suite 400
> Peoria, Illinois 61602
> Telephone:  309/671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2005, I electronically filed the foregoing Request for Extension of Time with the Clerk of the Court using the CM/ECF system, and I hereby certify that a copy of the Request has been made on the petitioner by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Joseph Thompson
Reg. No. 11874-007
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

s/ Stephanie Pennington
Paralegal Specialist