**E-FILED**
Friday, 02 December, 2005   01:30:45 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**AT PEORIA**

| | | |
|---|---|---|
| **JOSEPH THOMPSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **No. 05- 1267** |
| | ) | |
| **UNITED STATES PAROLE** | ) | |
| **COMMISSION,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## APPENDIX OF RESPONDENT

RODGER A. HEATON
UNITED STATES ATTORNEY

Thomas A. Keith
Assistant United States Attorney

Office of the United States Attorney
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: 309/671-7050

## APPENDIX

**Description**                                                                                                    **Page**

Certificate of Helen H. Krapels, Attorney, U.S. Parole Commission,
    1 page, 11-29-05 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Sentence Monitoring Computation Data, 5 pages, 11-21-05 . . . . . . . . . . . . . . . . . . 2

D.C. Adult Rehearing Hearing Summary, 4 pages, 12-30-02 . . . . . . . . . . . . . . . . 7

Notice of Action, 1 page, 1-31-03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Notice of Action, 4 pages, 9-10-03 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Notice of Action, 1 page, 2-4-04 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Hearing Summary, 2 pages, 6-23-04 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Notice of Action, 1 page, 7-19-04 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Incident Report,1 page, 2-23-05 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Inmate Rights at Center Discipline Committee Hearing, 1 page, 2-23-05 . . . . . . 21

Notice of Center Discipline Committee Hearing, 1 page, 2-23-05 . . . . . . . . . . . . 22

Center Discipline Committee Report, 2 pages, 2-24-05 . . . . . . . . . . . . . . . . . . . . . 23

Handwritten Memo, 1 page, 2-25-05 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Notice of Action, 1 page, 3-1-05 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Hearing Summary, 4 pages, 6-29-05 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Order, 1 page, various dates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

Notice of Action, 2 pages, 8-11-05 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

Addendum to Hearing Summary, 1 page, 7-21-05 . . . . . . . . . . . . . . . . . . . . . . . . . 34

Notice of Action, 1 page, 12-1-05 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

Inmate Admission-Release History, 4 pages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

Regional Administrative Remedy Appeal, 2 pages, 3-12-05 . . . . . . . . . . . . . . . . 40

Regional Administrative Remedy Appeal Response, 1 page, 4-19-05 . . . . . . . . 42

Central Office Administrative Remedy Appeal, 2 pages, 5-16-05 . . . . . . . . . . . 43

Central Office Administrative Remedy Appeal Response, 1 page, 9-22-05 . . . . 45

# UNITED STATES PAROLE COMMISSION

# <u>CERTIFICATE</u>

I, Helen H. Krapels, Attorney for the United States Parole Commission, with offices at 5550 Friendship Boulevard, Chevy Chase, Maryland 20815, hereby certify that the attached exhibits are true copies of documents found in the U.S. Parole Commission's file pertaining to inmate Thompson, Joseph, Federal Reg. No. 11874-007.

IN WITNESS WHEREOF, I have signed this 29th day of November 2005, and affixed the seal of the U.S. Parole Commission.



HELEN H. KRAPELS
Attorney,
U.S. Parole Commission

**001**

```
    PAR4D   540*23  *              SENTENCE MONITORING        *    11-21-2005
AGE 001          *                COMPUTATION DATA           *   11:29:45
                                  AS OF 11-21-2005
```

EGNO..: 11874-007 NAME: THOMPSON, JOSEPH R


```
BI NO...........: 320300JA7              DATE OF BIRTH: 06-25-1969
RS1.............: PEK/A-DES
NIT.............: INDIANA                 QUARTERS.....: B02-231U
ETAINERS........: NO                      NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 10-09-2008

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 04-09-2009 VIA FT REL

-------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F-3393-99
JUDGE..........................: WRIGHT
DATE SENTENCED/PROBATION IMPOSED: 09-28-1999
DATE PROBATION REVOKED..........: 06-16-2000
TYPE OF PROBATION REVOKED.......: REG
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A
DATE COMMITTED..................: 09-13-2000
HOW COMMITTED...................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $00.00         $00.00          $00.00        $100.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $00.00
```

------------------CURRENT OBLIGATION NO: 010 --------------------------

```
OFFENSE CODE....: 620
OFF/CHG: 33-549, ATTEMPTED POSS W/I TO DISTRIBUTE COCAINE

SENTENCE PROCEDURE.............: DC OMNIBUS ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    9 YEARS
MINIMUM TERM...................:    3 YEARS
DATE OF OFFENSE................: 05-19-1999
```

```
5H
G0002       MORE PAGES TO FOLLOW . . .
```

EXHIBIT

002

```
H    PAR4D  540*23 *            SENTENCE MONITORING        *     11-21-2005
AGE 002          *              COMPUTATION DATA        *    11:29:45
                                AS OF 11-21-2005
```

EGNO..: 11874-007 NAME: THOMPSON, JOSEPH R


-----------------------CURRENT COMPUTATION NO: 010 --------------------------

OMPUTATION 010 WAS LAST UPDATED ON 05-04-2005 AT CRO AUTOMATICALLY

HE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
URRENT COMPUTATION 010: 010 010

```
ATE COMPUTATION BEGAN..........: 06-16-2000
OTAL TERM IN EFFECT............:      9 YEARS
OTAL TERM IN EFFECT CONVERTED..:      9 YEARS
ARLIEST DATE OF OFFENSE........: 05-19-1999

AIL CREDIT.....................:      FROM DATE        THRU DATE
                                      05-19-1999       09-28-1999
                                      06-02-2000       06-15-2000


NOPERATIVE TIME.........: REASON       FROM DATE        THRU DATE
                          ESCAPE       01-31-2004       02-05-2004

OTAL JAIL CREDIT TIME..........: 147
OTAL INOPERATIVE TIME..........: 6
TATUTORY GOOD TIME RATE........: 0
OTAL SGT POSSIBLE..............: 0
AROLE ELIGIBILITY..............: 01-25-2003
TATUTORY RELEASE DATE..........: 01-25-2009
WO THIRDS DATE.................: N/A
80 DAY DATE....................: N/A
XPIRATION FULL TERM DATE.......: 01-25-2009
```

003

```
;H    PAR4D  540*23 *          SENTENCE MONITORING        *      11-21-2005
?AGE 003         *             COMPUTATION DATA       *    11:29:45
                               AS OF 11-21-2005
```

REGNO..: 11874-007 NAME: THOMPSON, JOSEPH R


NEXT PAROLE HEARING DATE........: 06-00-2008
TYPE OF HEARING.................: STATUTORY INTERIM HEARING

PROJECTED SATISFACTION DATE.....: 12-19-2008
PROJECTED SATISFACTION METHOD...: MAND PAR

REMARKS.......: FUTURE COMPUTATION FOLLOWS, ANY CHANGES TO THIS COMP WILL
                AFFECT THE 020.

G0002      MORE PAGES TO FOLLOW . . .

**004**

```
5H     PAR4D   540*23 *              SENTENCE MONITORING        *    11-21-2005
PAGE 004         *                  COMPUTATION DATA         *     11:29:45
                                    AS OF 11-21-2005


REGNO..: 11874-007 NAME: THOMPSON, JOSEPH R


FBI NO..........:                  DATE OF BIRTH: 06-25-1969
ARS1............: PEK/A-DES
UNIT............: INDIANA           QUARTERS.....: B02-231U
DETAINERS.......: NO                NOTIFICATIONS: NO


PRE-RELEASE PREPARATION DATE: 10-09-2008

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-09-2009 VIA FT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: 00-331JKS
JUDGE..........................: DAY
DATE SENTENCED/PROBATION IMPOSED: 03-15-2000
DATE PROBATION REVOKED..........: 07-13-2000
TYPE OF PROBATION REVOKED.......: REG
DATE COMMITTED..................: 03-15-2000
HOW COMMITTED...................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $00.00         $10.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $2,000.00

---------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  271
OFF/CHG: 36 CFR 2.30(A)(1), UNLAWFUL POSSESSION PROPERTY OF
         ANOTHER

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   6 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO 010
 DATE OF OFFENSE................: 02-06-2000




G0002      MORE PAGES TO FOLLOW . . .
```

**005**

```
H    PAR4D  540*23 *              SENTENCE MONITORING          *      11-21-2005
AGE 005 OF 005 *                  COMPUTATION DATA         *     11:29:45
                                  AS OF 11-21-2005
```

EGNO..: 11874-007 NAME: THOMPSON, JOSEPH R


-----------------------CURRENT COMPUTATION NO: 020 --------------------------

OMPUTATION 020 WAS LAST UPDATED ON 05-04-2005 AT CRO AUTOMATICALLY

HE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
URRENT COMPUTATION 020: 020 010

```
ATE COMPUTATION BEGAN..........: 12-19-2008
OTAL TERM IN EFFECT............:      6 MONTHS
OTAL TERM IN EFFECT CONVERTED..:      6 MONTHS
ARLIEST DATE OF OFFENSE........: 02-06-2000

AIL CREDIT.....................:      FROM DATE      THRU DATE
                                      02-06-2000     03-15-2000
                                      03-27-2000     03-29-2000
                                      05-05-2000     06-01-2000

OTAL PRIOR CREDIT TIME.........: 70
OTAL INOPERATIVE TIME..........: 0
OTAL GCT EARNED AND PROJECTED..: 0
OTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 04-09-2009
IX MONTH /10% DATE.............: N/A
XPIRATION FULL TERM DATE.......: 04-09-2009


PROJECTED SATISFACTION DATE.....: 04-09-2009
PROJECTED SATISFACTION METHOD...: FT REL
```

                    COMPUTATION CERTIFIED BY DCRC ON 05-17-05

S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

**006**

(RHP-S)

<SUMCODE-DCREHPP_SUM>
## D.C. ADULT REHEARING HEARING SUMMARY
### (INITIAL HEARINGS/REHEARINGS BETWEEN 8/5/98 AND 1/2/2001)
### (NO POINTS FOR DISCIPLINE AND NO POINTS FOR SPA ON PREVIOUS HEARINGS)

**Offense of Conviction - Possession with Intent to Distribute Cocaine (probation violation)**

Name          :THOMPSON , Joseph
Reg. No              :11874-007
Hearing Date:12/30/2002
Institution          :Oxford FCI
Short Term Date    :1/19/2009
Full Term Date     :1/19/2009
Fines/Restitution/Court Assessment:      Yes ($100 VVCA)
Detainer             :No
Hearing Examiner :Samuel R. Robertson

**Previous Parole Board Action:**

See Prehearing Assessment dated 11/24/02.

**Prisoner's Statement:**

The prisoner admitted that he was in possession of cocaine at the time of his arrest on 5/19/99. The prisoner admitted that he possessed with intent to distribute cocaine on 5/19/99 when the Metropolitan Washington, DC Department arrested him. He indicated that he initially received probation for this offense conduct however while on probation he missed a number of drug aftercare appointments and consequently, his probation was revoked resulting in the imposition of the 9 year DC Adult (probation violation) sentence.

## Institutional Factors

**Discipline:**

The Prehearing Assessment reflects that the prisoner received three misconduct reports since commitment to custody. The same prehearing assessment further notes that no records or official description of two of the administrative charges were available at the Prehearing.

Upon review of the inmate's file this examiner did find information referring to a charge of assaulting any person and the final disposition of that report reflecting that the DHO made a determination of guilty imposing a sanction of 30 days disciplinary segregation. Specifically, the report indicates that during the course of a shakedown the prisoner for reasons unknown placed his hand on a

THOMPSON.118

EXHIBIT
B
007

correctional officer's hand. The officer directed the prisoner to remove his hand and he immediately complied. The prisoner indicated that he did not assault this officer but admitted that during the course of the shakedown he whirled rapidly, perhaps too rapidly, and as a consequence, his hand came in contact with the female correctional officer's arm and hand. He stated that she apparently was surprised and/or intimidated and immediately told him to remove his hand which he did.

Notwithstanding the circumstances of this incident the report was referred to the DHO and the prisoner was found guilty.

This examiner would note that the conduct would be considered new criminal conduct Category Three assault on a protected person and would result in a rescission guideline of 12-16 months.

As noted in the Prehearing Assessment the prehearing assessor did not have access to the record supporting the two non drug related misconducts involving refusing to obey and order and being in an unauthorized area. The prisoner did not recollect nor admit to these charges at today's hearing and moreover and in as much as this examiner could not find any record of these reports or the disposition, this examiner is not recommending a rescission guidelines being imposed for these misconducts.

The examiner would find at today's hearing that a 12-16 month guideline for the new criminal conduct involving assault on a protected person should be imposed. This examiner would note however, that the assault appears to be extraordinarily minimal in that it involved at most some type of touching.

## Program Achievement:

Since commitment the prisoner has completed a 40 hour Drug Program a GED Program that involved a period of approximately 240 hours over 10 weeks and a 4 month VT Program.

This examiner would conclude that it took the prisoner approximately 9 months to finish this programming. Accordingly and based on the Commission procedure regarding superior program achievement the prisoner would be entitled to an award of up to one third of the time he dedicated to the completions of these programs or 3 months.

In addition to the programming, the prisoner is currently assigned to UNICOR a position he has maintained for approximately 6 months. He's currently maintained at grade four and receives above average work reports.

## Release Plans:

Upon release the prisoner intends to reside in the Metropolitan Washington, DC area with family members. He was unable at this hearing to offer any specific employment plans although as a fall back position he said he could secure employment as a janitor. There appears to be no detainers lodged or charges pending in this case.

THOMPSON.118

008

(RHP-S)

**Representative and Representative's Statement:**   None.

---

Guideline Parameters

**SFS:**   5

**Base Point Score:**   2

| | |
|---|---|
| 0-0 | Base Guideline Range |
| 36-36 | Months Required to Serve to PE Date |
| 12-16 | Disciplinary Guideline Range |
| 3-3 | Superior Program Achievement Award |
| 45-49 | Total Guideline Range |

**Modifications to Prehearing:**

This examiner altered the pre-assessor's estimated misconduct or rescission guideline range in as much as this examiner concluded that the only misconduct report that was countable involved the new criminal conduct assault on a protected person.  For reasons indicated, this examiner did not make assessments or recommendations for rescission guidelines on the two non-drug related misconducts in as much as those reports were not available at today's hearing.

---

Overall Evaluation and Recommendation

**Evaluation:**

The prisoner is serving a 9-year probation violation sentence for possession with intent to distribute cocaine (probation violation).  It appears that this prisoner has been in continuous custody on this probation violation sentence since 1/20/2003.  It appears that this prisoner has been in continuous custody on this probation violation sentence since 1/20/03 or approximately 34 months to the date of this hearing.

As noted in this report the prisoner's total guideline range has been established at 45-49 months.  This examiner would not find anything in this case to suggest that a decision either under the established total guideline range or above the guideline range is warranted.

**Recommendation:**
This examiner is going to recommend that the prisoner be paroled at the top of the guideline range or after the service of 49 months that to occur on 2/20/2004.  This examiner will also recommend the special Drug Aftercare condition.

**Conditions:**

THOMPSON.118

**009**

(RHP-S)

Drug Aftercare.

PAH
January 9, 2003

**January 16, 2003:  EHE Pinner**
**Executive Reviewer's Modification And/Or Comments:**  The file does not contain a <u>probation</u>
<u>violation report</u>.  In addition, while under probation, S. received a new 6-month  federal sentence for
possession of property of another, also a probation violation.  I recommend deferral of the decision
pending receipt of the documents listed below:

REASONS:    In order to obtain the following documents:
NA  1)   Original Judgment & Commitment Order and Probation Violation report in Docket
         #F3393-99.
     2)   Original Judgment and Commitment Order, Presentence Report and Probation Violation
OL        report for your conviction in U.S. District Court, District of Maryland, Docket #00-331JKS.

*I agree with the above rationale/reason(s). The Offender
has a C/S 6 mts. sentence to serve for the new
Criminal Conduct.    (HRS)*

THOMPSON.118

**010**



U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland  20815-7201

**Notice of Action**

---

Name: THOMPSON, Joseph
Register Number: 11874-007
DCDC No: 236-180

Institution: Oxford FCI

Date:    January 31, 2003

---

In the case of the above-named, the following parole action was ordered:

Defer decision for up to 90 days in order for the U.S. Parole Commission to obtain additional information.

**REASONS**:

In order to obtain the following documents:

1. The original Judgment and Commitment Order and Probation Violation Report in Docket #F3393-99.
2. The original Judgment and Commitment Order, Presentence Report, and Probation Violation Report for your conviction in U.S. District Court, District of Maryland, Docket #00-331JKS.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:


Sharon Barnes-Durbin, SCSA
CSS Data Management Group
D.C. Court Services & Offender Supervision Agency
300 Indiana Avenue, N.W., Suite 2149
Washington, D.C. 20001



---

THOMPSON 11874-007                     -1-                     Clerk:  VAH  VAH

**011**

**Notice of Action**

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

| | |
|---|---|
| Name: THOMPSON, Joseph | Institution: Oxford FCI |
| Register Number: 11874-007 | |
| DCDC No: 236-180 | Date:    September 10, 2003 |

In the case of the above-named, the following parole action was ordered:

Continue to a presumptive parole (February 20, 2004) after service of 49 months. This presumptive parole date is conditioned upon your maintaining good institutional conduct and the development of a suitable release plan. The Commission will conduct a pre-release record review up to 9 months prior to the presumptive parole date to ascertain that these conditions have been fulfilled. In order to complete this review, the Case Manager should submit an updated Progress Report to the Commission 10 months prior to the presumptive parole date. If there have been Disciplinary Reports since the Commission's last review, they should be attached to the Progress Report for the Commission's consideration. If the Commission has requested that a current psychological or psychiatric report be prepared for this review, it also should be attached.

In addition, you shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

**REASONS**:

Your Total Guideline Range is 45-49 month(s). See the attached sheet for the components that make up your Total Guideline Range. These components are your Salient Factor Score; Base Point Score; Base Point Score Guideline Range; Months Required to Serve to Parole Eligibility Date; Disciplinary Guidelines (if applicable); and Superior Program Achievement Award (if applicable).

You have been in confinement as a result of your current offense behavior for a total of 43 months as of August 22, 2003.

After consideration of all factors and information presented, a decision outside the Total Guideline Range at this consideration is not found warranted.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

EXHIBIT
D

cc:    Sharon Barnes-Durbin, SCSA
       CSS Data Management Group
       D.C. Court Services & Offender Supervision Agency
       300 Indiana Avenue, N.W., Suite 2149
       Washington, D.C. 20001



## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|

**0**   **A** - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0

**1**   **B** - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0

**3**   **C** - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation)

**1**   **D** - Recent commitment free period (three years)
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

**0**   **E** - Probation/parole/confinement/escape status violator this time
Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

**0**   **F** - Older offenders
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

**5**   **Salient Factor Score (SFS-98)** (sum of points for A-F above)

## BASE POINT SCORE

| Your Pts | Base Point Score Category Explanations |
|---|---|

**2**   **I** - Contribution from Salient Factor Score
10-8 (Very Good Risk) = +0; 7-6 (Good Risk) = +1; 5-4 (Fair Risk) = +2; 3-0 (Poor Risk) = +3

**0**   **II** - Current or Prior Violence
Violence in current offense and any felony violence in two or more prior offenses = +4; Violence in current offense and any felony violence in one prior offense = +3; Violence in current offense = +2; No violence in current offense and any felony violence in two or more prior offenses = +2; Possession of firearm in current offense if current offense is not scored as a crime of violence = +2; No violence in current offense and any felony violence in one prior offense = +1

**0**   **III** - Death of Victim or High Level Violence (Category III points are added to points scored in Categories I and II)
Current offense was high level or other violence with death of victim resulting = +3; Current offense involved attempted murder or violence in which death of a victim would have been a probable result = +2; Current offense was other high level violence = +1

**2**   **Base Point Score** (sum I-III above)

### DISCIPLINARY GUIDELINES

You have behavior that constitutes new criminal conduct in a prison facility or community corrections center which is rated as Category Three severity because it involved Assault on a Protected Person. This requires 12-16 months to be added to your base point score guideline range.

You have an aggregate disciplinary guideline range of 12-16 months, which is to be added to your base point score guideline range.

### SUPERIOR PROGRAM ACHIEVEMENT AWARD

You have been granted a reduction of 3 month(s) from your Total Guideline Range for superior program achievement. This was granted because you have completed a 40-Hour Drug Program, the GED Program and a 4-month Vocational Training Program.

### TOTAL GUIDELINE RANGE

|  |  |  |
|---|---|---|
| 0 —— 0 | Base Point Score Guideline Range |
| 36 —— 36 | Months Required to Serve to Parole Eligibility Date |
| 12 —— 16 | Disciplinary Guideline Range |
| less   3 —— 3 | Superior Program Achievement Award (if applicable) |
| 45 —— 49 | **Total Guideline Range** |

| Base Point Score Guideline Range | | Points For SFS Item C | | | |
|---|---|---|---|---|---|
| | | | Prior Commitments | | |
| Base Point Score | Guideline Range | Age | 0-3 | 4 | 5+ |
| 3 or less | 0 months | 26 & Up | 3 | 2 | 1 |
| 4 | 12-18 months | | | | |
| 5 | 18-24 months | 22-25 | 2 | 1 | 0 |
| 6 | 36-48 months | | | | |
| 7 | 54-72 months | 20-21 | 1 | 0 | 0 |
| 8 | 72-96 months | | | | |
| 9 | 110-140 months | 0-19 | 0 | 0 | 0 |
| 10 | 136-172 months | | | | |