# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

JOSEPH THOMPSON

vs.

UNITED STATES PAROLE COMMISSION

**FILED**
FEB 2 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number: **05-1267**

**DECISION BY THE COURT.** This action came before the Court. The issues have been plead and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petition for Writ of Habeas Corpus pursuant to 28:2241 is denied. Civil case terminated.

ENTER this 24th day of February, 2006

JOHN M. WATERS, CLERK

s/ C. Lambie

_____
BY: DEPUTY CLERK