E-FILED
Friday, 21 April, 2006 02:13:26 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT



FILED
APR 21 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOSEPH THOMPSON,

    Petitioner,

vs.

RICK VEACH, WARDEN,

    Respondent.

Case No. 05-1267

Appeal from the United States District Court Central District of Illinois, Judge J.B. McDade, presiding

## NOTICE OF APPEAL

**NOW COMES** Joseph Thompson, Petitioner/Appellant, proceeding pro-se, hereinafter, giving notice to the United States Court of Appeals for the Seventh Circuit that petitioner moves to appeal the judgement/order of the United States District Court Central District of Illinois issued by Honorable Judge J.B. Mcdade on February 24, 2006, denying petitioner's Writ of Habeas Corpus filed under 28 U.S.C. §2241. This appeal is timely submitted.

Respectfully submitted,

/s/ Joseph R. Thompson
Joseph Thompson, Pro-se
Petitioner/Appellant

## CERTIFICATE OF SERVICE

I, Joseph Thompson, petitioner/Appellant, hereby certify that I have served this 16 day of April, 2006, the said "Notice of Appeal" by placing the same in the hands of the Administrative Staff at the Federal Correctional Institution in Pekin, Illinois, per B.O.P. Policy, postage prepaid, first class, to: Thomas A. Keith, AUSA, 211 Fulton, Suite-400, Peoria, IL 61602.

/s/ Joseph R. Thompson