## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                           Docket No.: 05-1267

Division: Peoria

### Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)

Joseph Thompson, Petitioner            v.        Rick Veach, Respondent, etal

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Joseph Thompson, 11874-007            Name: Tom Keith, AUSA

Firm: c/o FCI Pekin                                          Firm: AUSA's Office

Address: PO Box 5000                                      Address: Suite 400, 211 Fulton St.

Pekin, IL. 61555                                                 Peoria, IL. 61602

Phone: 309-346-8588                                       Phone: 309-671-7050

---

Judge: Joe B. McDade                                   Nature of Suit Code:  530

Court Reporter: N. Mersot                              Date Filed in District Court:  9/12/05

                                                                      Date of Judgment: 2/24/06

                                                                      Date of Notice of Appeal: 4/21/06

Counsel:  ___Appointed       ___Retained    __X_Pro Se

Fee Status:  ___Paid     X___Due      ___IFP       ___IFP Pending     ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes      _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide US Marshal's (USM#):  11874-007

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**