E-FILED
Monday, 01 May, 2006 11:13:18 AM
Clerk, U.S. District Court, ILCD
FILED

U.S.C.A. – 7th Circuit
RECEIVED

APR 27 2006 PG

GINO J. AGNELLO
CLERK

**AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**
United States Court of Appeals
for the Seventh Circuit

MAY – 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| <u>Joseph Thompson ,</u><br>Petitioner, | ) Appeal from the United States District Court for the<br>) <u>Central</u> District of <u>Illinois</u> |
| v.    Case No. _06-2141_ | )<br>) District Court No. <u>05-cv-1267</u> |
| <u>Rick Veach, Warden, Respondent</u> | ) District Court Judge <u>Joe Billy McDade</u> |

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _Joseph R. Thompson_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _4-24-06_

**My issues on appeal are:** I) Appellant challenges the recission of his parole.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse (*) | You | Spouse |
| Employment | $ 25.00 | $ n/a | $ 10.00 | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ 17.40 | $ N/A | $ .00 | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): _____ | $ N/A | $ N/A | $ N/A | $ N/A |
| **Total monthly income:** | $ 42.40 | $ N/A | $ N/A | $ N/A |

U.S.C.A. – 7th Circuit
FILED
APR 27 2006 DDS
GINO J. AGNELLO
CLERK

**\*PLEASE NOTE:** Due to my incarceration, I am seperated from my Spouse, thus I cannot provide this 1 Court with her financial status which I do not know. However, the best to my knowledge is, she's unemployed.

**2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| FCI-Pekin | P.O. Box 5000 | 3/05 to present | $25.00 |
| | | | |
| | | | |

**3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|

This information is not available to me at this time (see Page-1)*

**4. How much cash do you and your spouse have? $ .00**

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| FCI-Pekin | Inmate Trust Fund | $0.29 | N/A |
| | | | |
| | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

**5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.**

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration # N/A |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration # N/A | N/A | N/A |

2

**6. State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

**7. State the persons who rely on you or your spouse for support.**

| Name | Relationship | Age |
|---|---|---|
| NONE | | |
| | | |
| | | |

**8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ] No Is property insurance included? [ ] Yes [ ] No | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle expenses | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ N/A | $ N/A |

3

Life                                                          $ __N/A__    $ __N/A__

Health                                                        $ __N/A__    $ __N/A__

Motor vehicle                                                 $ __N/A__    $ __N/A__

Other: __NONE__                                              $ __N/A__    $ __N/A__

Taxes (not deducted from wages or included in mortgage payments)    $ __N/A__    $ __N/A__
(specify):

Installment payments                                         $ __N/A__    $ __N/A__

Motor Vehicle                                                $ __N/A__    $ __N/A__

Credit card (name): __N/A__                                  $ __N/A__    $ __N/A__

Department store (name): __N/A__                             $ __N/A__    $ __N/A__

Other: __N/A__                                               $ __N/A__    $ __N/A__

Alimony, maintenance, and support paid to others             $ __N/A__    $ __N/A__

Regular expenses for operation of business, profession, or farm (attach    $ __N/A__    $ __N/A__
detail)

Other (specify): __NONE__                                    $ __N/A__    $ __N/A__

Total monthly expenses:     $ __N/A__    $ __N/A__

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[  ] Yes [ X ] No  If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[  ] Yes [ X ] No  If yes, how much? $ __.00__

If yes, state the attorney's name, address, and telephone number:

__N/A__

_____

_____

4

**11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[   ] Yes [ X] No  If yes, how much? $_____ .00_____

If yes, state the person's name, address, and telephone number:

N/A
_____

_____

_____

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**

As I've stated previously, due to my incarceration, I am seperated from my spouse and aside from the income earned through prison wages, I have no other reliable income.

**13. State the address of your legal residence.**

Federal Correctional Institution
_____

P.O. Box 5000, Pekin, Illinois 61555-5000
_____

_____

Your daytime phone number: (___)  None_____

Your age: 36  Your years of schooling: 11th grade

Your social-security number: 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_____

5

INMATE VISITOR LIST                    NETTER, CLOYD L

| Inmate Inquiry | | | |
|---|---|---|---|
| **Inmate Reg #:** | 11874007 | **Current Institution:** | Pekin FCI |
| **Inmate Name:** | THOMPSON, JOSEPH | **Housing Unit:** | INDIANA |
| **Report Date:** | 04/19/2006 | **Living Quarters:** | B02-231L |
| **Report Time:** | 2:46:00 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2964 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | OXF |
| Transferred To: | |
| Account Creation Date: | 5/19/2002 |
| Local Account Activation Date: | 3/5/2005 3:39:23 AM |
| | |
| Sort Codes: | |
| Last Account Update: | 4/13/2006 2:08:40 AM |
| Account Status: | Active |
| Phone Balance: | $0.02 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.29 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.29 |
| National 6 Months Deposits: | $339.40 |
| National 6 Months Withdrawals: | $340.08 |
| National 6 Months Avg Daily Balance: | $5.72 |
| Local Max. Balance - Prev. 30 Days: | $25.47 |
| Average Balance - Prev. 30 Days: | $6.45 |

## Commissary History

### Purchases

Validation Period Purchases:  $0.00
YTD Purchases:  $42.08
Last Sales Date:  3/24/2006 7:44:29 AM

### SPO Information

SPO's this Month:  0
SPO $ this Quarter:  $0.00

### Spending Limit Info

Spending Limit Override:  No
Weekly Revalidation:  No
Spending Limit:  $290.00
Expended Spending Limit:  $0.00
Remaining Spending Limit:  $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit:  $0.00
Restricted Expended Amount:  $0.00
Restricted Remaining Spending Limit:  $0.00
Restriction Start Date:  N/A
Restriction End Date:  N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|-----------|-----------|------------|----------|--------|--------|

## Comments

### Comments:

# Inmate Statement

| Inmate Reg #: | 11874007 | | | **Current Institution:** | Pekin FCI | |
|---|---|---|---|---|---|---|
| Inmate Name: | THOMPSON, JOSEPH | | | **Housing Unit:** | INDIANA | |
| Report Date: | 04/19/2006 | | | **Living Quarters:** | B02-231L | |
| Report Time: | 2:46:25 PM | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount Ending Balance |
|---|---|---|---|---|---|---|---|
| PEK | 4/12/2006 6:28:14 PM | ITS0412 | | | Phone Withdrawal | ($1.00) | $0.29 |
| PEK | 4/11/2006 6:10:47 PM | ITS0411 | | | Phone Withdrawal | ($1.00) | $1.29 |
| PEK | 4/11/2006 4:28:46 PM | ITS0411 | | | Phone Withdrawal | ($1.00) | $2.29 |
| PEK | 4/10/2006 4:46:21 PM | ITS0410 | | | Phone Withdrawal | ($1.00) | $3.29 |
| PEK | 4/10/2006 4:39:28 PM | ITS0410 | | | Phone Withdrawal | ($1.00) | $4.29 |
| PEK | 4/9/2006 1:12:18 PM | ITS0409 | | | Phone Withdrawal | ($2.00) | $5.29 |
| PEK | 4/9/2006 7:51:12 AM | ITS0409 | | | Phone Withdrawal | ($1.00) | $7.29 |
| PEK | 4/8/2006 4:55:29 PM | ITS0408 | | | Phone Withdrawal | ($2.00) | $8.29 |
| PEK | 4/8/2006 11:25:25 AM | ITS0408 | | | Phone Withdrawal | ($1.00) | $10.29 |
| PEK | 4/7/2006 7:58:03 PM | ITS0407 | | | Phone Withdrawal | ($1.00) | $11.29 |
| PEK | 4/7/2006 7:51:31 PM | ITS0407 | | | Phone Withdrawal | ($1.00) | $12.29 |
| PEK | 4/6/2006 7:39:35 PM | ITS0406 | | | Phone Withdrawal | ($1.00) | $13.29 |
| PEK | 4/6/2006 7:32:08 PM | ITS0406 | | | Phone Withdrawal | ($1.00) | $14.29 |
| PEK | 4/5/2006 9:06:09 PM | ITS0405 | | | Phone Withdrawal | ($1.00) | $15.29 |
| PEK | 4/5/2006 8:59:24 PM | ITS0405 | | | Phone Withdrawal | ($1.00) | $16.29 |
| PEK | 4/4/2006 5:26:37 PM | ITS0404 | | | Phone Withdrawal | ($2.00) | $17.29 |
| PEK | 4/4/2006 5:14:05 PM | ITS0404 | | | Phone Withdrawal | ($2.00) | $19.29 |
| PEK | 4/4/2006 9:26:29 AM | FIPP0306 | | | Payroll - IPP | $21.00 | $21.29 |
| PEK | 4/2/2006 5:54:58 PM | ITS0402 | | | Phone Withdrawal | ($3.00) | $0.29 |
| PEK | 3/27/2006 7:20:48 PM | ITS0327 | | | Phone Withdrawal | ($3.00) | $3.29 |
| PEK | 3/26/2006 7:30:53 PM | ITS0326 | | | Phone Withdrawal | ($3.00) | $6.29 |
| PEK | 3/24/2006 7:44:29 AM | 13 | | | Sales | ($12.18) | $9.29 |
| PEK | 3/20/2006 6:41:10 PM | ITS0320 | | | Phone Withdrawal | ($4.00) | $21.47 |
| PEK | 3/20/2006 5:20:03 AM | 70153703 | | | Lockbox - CD | $25.00 | $25.47 |
| PEK | 3/8/2006 6:57:56 PM | ITS0308 | | | Phone Withdrawal | ($1.00) | $0.47 |
| PEK | 3/8/2006 6:04:32 PM | ITS0308 | | | Phone Withdrawal | ($1.00) | $1.47 |
| PEK | 3/7/2006 6:22:22 PM | ITS0307 | | | Phone Withdrawal | ($1.00) | $2.47 |
| PEK | 3/7/2006 4:31:30 PM | ITS0307 | | | Phone Withdrawal | ($2.00) | $3.47 |
| PEK | 3/6/2006 8:03:35 PM | ITS0306 | | | Phone Withdrawal | ($1.00) | $5.47 |
| PEK | 3/6/2006 5:08:31 PM | ITS0306 | | | Phone Withdrawal | ($1.00) | $6.47 |
| PEK | 3/5/2006 2:11:13 PM | ITS0305 | | | Phone Withdrawal | ($3.00) | $7.47 |
| PEK | 3/5/2006 11:57:46 AM | ITS0305 | | | Phone Withdrawal | ($1.00) | $10.47 |
| PEK | 3/4/2006 6:33:51 PM | ITS0304 | | | Phone Withdrawal | ($3.00) | $11.47 |

INMATE VISITOR LIST

| PEK | 3/4/2006 1:05:54 PM | ITS0304 | Phone Withdrawal | ($2.00) | $14.47 |
|-----|---------------------|---------|------------------|---------|--------|
| PEK | 3/3/2006 4:52:01 PM | ITS0303 | Phone Withdrawal | ($3.00) | $16.47 |
| PEK | 3/3/2006 4:39:59 PM | ITS0303 | Phone Withdrawal | ($2.00) | $19.47 |
| PEK | 3/2/2006 4:56:56 PM | ITS0302 | Phone Withdrawal | ($2.00) | $21.47 |
| PEK | 3/2/2006 4:43:37 PM | ITS0302 | Phone Withdrawal | ($2.00) | $23.47 |
| PEK | 3/2/2006 8:15:01 AM | FIPP0206 | Payroll - IPP | $25.20 | $25.47 |
| PEK | 2/24/2006 4:39:34 PM | ITS0224 | Phone Withdrawal | ($1.00) | $0.27 |
| PEK | 2/24/2006 4:31:04 PM | ITS0224 | Phone Withdrawal | ($1.00) | $1.27 |
| PEK | 2/23/2006 8:28:42 PM | ITS0223 | Phone Withdrawal | ($3.00) | $2.27 |
| PEK | 2/23/2006 4:31:02 PM | ITS0223 | Phone Withdrawal | ($2.00) | $5.27 |
| PEK | 2/22/2006 5:51:05 PM | ITS0222 | Phone Withdrawal | ($1.00) | $7.27 |
| PEK | 2/22/2006 4:30:50 PM | ITS0222 | Phone Withdrawal | ($1.00) | $8.27 |
| PEK | 2/21/2006 4:43:53 PM | ITS0221 | Phone Withdrawal | ($2.00) | $9.27 |
| PEK | 2/21/2006 4:31:26 PM | ITS0221 | Phone Withdrawal | ($2.00) | $11.27 |
| PEK | 2/20/2006 1:09:25 PM | ITS0220 | Phone Withdrawal | ($1.00) | $13.27 |
| PEK | 2/20/2006 9:34:01 AM | ITS0220 | Phone Withdrawal | ($1.00) | $14.27 |
| PEK | 2/19/2006 1:36:19 PM | ITS0219 | Phone Withdrawal | ($3.00) | $15.27 |

1 2 3 4 5 6

**Total Transactions: 274**

Totals:    ($0.48)    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|------------|-------------------|---------------------|------------------|-----------------|-------------------|------------------------|----------------------|-----------------|
| PEK | $0.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.29 |
| **Totals:** | **$0.29** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.29** |

## Inmate Statement

| Inmate Reg #: | 11874007 | | Current Institution: | Pekin FCI |
|---|---|---|---|---|
| Inmate Name: | THOMPSON, JOSEPH | | Housing Unit: | INDIANA |
| Report Date: | 04/19/2006 | | Living Quarters: | B02-231L |
| Report Time: | 2:46:36 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | 2/19/2006 12:46:47 PM | ITS0219 | | | Phone Withdrawal | ($2.00) | | $18.27 |
| PEK | 2/19/2006 11:17:20 AM | 70151802 | | | Lockbox - CD | $20.00 | | $20.27 |
| PEK | 2/16/2006 6:19:59 PM | ITS0216 | | | Phone Withdrawal | ($1.00) | | $0.27 |
| PEK | 2/16/2006 4:31:36 PM | ITS0216 | | | Phone Withdrawal | ($2.00) | | $1.27 |
| PEK | 2/15/2006 9:36:30 PM | ITS0215 | | | Phone Withdrawal | ($1.00) | | $3.27 |
| PEK | 2/15/2006 4:31:14 PM | ITS0215 | | | Phone Withdrawal | ($2.00) | | $4.27 |
| PEK | 2/14/2006 4:51:10 PM | ITS0214 | | | Phone Withdrawal | ($6.00) | | $6.27 |
| PEK | 2/14/2006 4:31:20 PM | ITS0214 | | | Phone Withdrawal | ($3.00) | | $12.27 |
| PEK | 2/13/2006 9:12:21 PM | 33309706 | | | Western Union | $15.00 | | $15.27 |
| PEK | 2/10/2006 4:42:11 PM | ITS0210 | | | Phone Withdrawal | ($1.00) | | $0.27 |
| PEK | 2/10/2006 4:31:04 PM | ITS0210 | | | Phone Withdrawal | ($1.00) | | $1.27 |
| PEK | 2/9/2006 5:30:33 PM | ITS0209 | | | Phone Withdrawal | ($2.00) | | $2.27 |
| PEK | 2/9/2006 4:43:45 PM | ITS0209 | | | Phone Withdrawal | ($1.00) | | $4.27 |
| PEK | 2/8/2006 4:39:09 PM | ITS0208 | | | Phone Withdrawal | ($1.00) | | $5.27 |
| PEK | 2/8/2006 4:31:20 PM | ITS0208 | | | Phone Withdrawal | ($1.00) | | $6.27 |
| PEK | 2/7/2006 4:43:42 PM | ITS0207 | | | Phone Withdrawal | ($2.00) | | $7.27 |
| PEK | 2/7/2006 4:31:56 PM | ITS0207 | | | Phone Withdrawal | ($2.00) | | $9.27 |
| PEK | 2/6/2006 4:46:12 PM | ITS0206 | | | Phone Withdrawal | ($2.00) | | $11.27 |
| PEK | 2/6/2006 4:32:46 PM | ITS0206 | | | Phone Withdrawal | ($2.00) | | $13.27 |
| PEK | 2/5/2006 12:45:23 PM | ITS0205 | | | Phone Withdrawal | ($2.00) | | $15.27 |
| PEK | 2/5/2006 9:21:38 AM | ITS0205 | | | Phone Withdrawal | ($1.00) | | $17.27 |
| PEK | 2/4/2006 5:37:11 PM | ITS0204 | | | Phone Withdrawal | ($1.00) | | $18.27 |
| PEK | 2/4/2006 8:23:57 AM | ITS0204 | | | Phone Withdrawal | ($1.00) | | $19.27 |
| PEK | 2/3/2006 4:49:58 PM | ITS0203 | | | Phone Withdrawal | ($2.00) | | $20.27 |
| PEK | 2/3/2006 4:32:56 PM | ITS0203 | | | Phone Withdrawal | ($3.00) | | $22.27 |
| PEK | 2/2/2006 4:52:25 PM | ITS0202 | | | Phone Withdrawal | ($3.00) | | $25.27 |
| PEK | 2/2/2006 4:39:37 PM | ITS0202 | | | Phone Withdrawal | ($2.00) | | $28.27 |
| PEK | 2/2/2006 9:00:24 AM | FIPP0106 | | | Payroll - IPP | $30.20 | | $30.27 |
| PEK | 1/29/2006 8:29:28 PM | ITS0129 | | | Phone Withdrawal | ($1.00) | | $0.07 |
| PEK | 1/29/2006 8:42:31 AM | ITS0129 | | | Phone Withdrawal | ($1.00) | | $1.07 |
| PEK | 1/28/2006 1:47:57 PM | ITS0128 | | | Phone Withdrawal | ($2.00) | | $2.07 |
| PEK | 1/28/2006 9:07:14 AM | ITS0128 | | | Phone Withdrawal | ($1.00) | | $4.07 |
| PEK | 1/27/2006 6:10:04 PM | ITS0127 | | | Phone Withdrawal | ($2.00) | | $5.07 |

| PEK | 1/27/2006<br>6:03:27 PM | ITS0127 | Phone Withdrawal | ($1.00) | $7.07 |
| PEK | 1/26/2006<br>6:26:54 PM | ITS0126 | Phone Withdrawal | ($1.00) | $8.07 |
| PEK | 1/26/2006<br>6:20:25 PM | ITS0126 | Phone Withdrawal | ($1.00) | $9.07 |
| PEK | 1/25/2006<br>4:39:33 PM | ITS0125 | Phone Withdrawal | ($2.00) | $10.07 |
| PEK | 1/25/2006<br>4:33:11 PM | ITS0125 | Phone Withdrawal | ($1.00) | $12.07 |
| PEK | 1/24/2006<br>4:37:28 PM | ITS0124 | Phone Withdrawal | ($2.00) | $13.07 |
| PEK | 1/24/2006<br>4:30:55 PM | ITS0124 | Phone Withdrawal | ($1.00) | $15.07 |
| PEK | 1/23/2006<br>4:41:15 PM | ITS0123 | Phone Withdrawal | ($2.00) | $16.07 |
| PEK | 1/23/2006<br>4:31:07 PM | ITS0123 | Phone Withdrawal | ($2.00) | $18.07 |
| PEK | 1/23/2006<br>5:17:12 AM | 70149803 | Lockbox - CD | $20.00 | $20.07 |
| PEK | 1/20/2006<br>6:42:51 PM | ITS0120 | Phone Withdrawal | ($1.00) | $0.07 |
| PEK | 1/20/2006<br>4:30:43 PM | ITS0120 | Phone Withdrawal | ($1.00) | $1.07 |
| PEK | 1/19/2006<br>9:32:55 PM | ITS0119 | Phone Withdrawal | ($1.00) | $2.07 |
| PEK | 1/19/2006<br>4:30:57 PM | ITS0119 | Phone Withdrawal | ($2.00) | $3.07 |
| PEK | 1/18/2006<br>5:07:18 PM | ITS0118 | Phone Withdrawal | ($1.00) | $5.07 |
| PEK | 1/18/2006<br>5:00:52 PM | ITS0118 | Phone Withdrawal | ($1.00) | $6.07 |
| PEK | 1/17/2006<br>4:38:52 PM | ITS0117 | Phone Withdrawal | ($1.00) | $7.07 |

1 2 3 4 5 6

**Total Transactions: 274**

|  |  |  |  | Totals: | ($0.48) | $0.00 |

## Current Balances

| Alpha Code | Available<br>Balance | Pre-Release<br>Balance | Debt<br>Encumbrance | SPO<br>Encumbrance | Other<br>Encumbrance | Outstanding<br>Instruments | Administrative<br>Holds | Account<br>Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | $0.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.29 |
| **Totals:** | **$0.29** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.29** |

# Inmate Statement

| Inmate Reg #: | 11874007 | Current Institution: | Pekin FCI |
| Inmate Name: | THOMPSON, JOSEPH | Housing Unit: | INDIANA |
| Report Date: | 04/19/2006 | Living Quarters: | B02-231L |
| Report Time: | 2:46:48 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | 1/17/2006 4:31:05 PM | ITS0117 | | | Phone Withdrawal | ($1.00) | | $8.07 |
| PEK | 1/16/2006 11:26:08 AM | ITS0116 | | | Phone Withdrawal | ($1.00) | | $9.07 |
| PEK | 1/16/2006 8:04:55 AM | ITS0116 | | | Phone Withdrawal | ($1.00) | | $10.07 |
| PEK | 1/15/2006 11:23:21 AM | ITS0115 | | | Phone Withdrawal | ($2.00) | | $11.07 |
| PEK | 1/15/2006 8:19:37 AM | ITS0115 | | | Phone Withdrawal | ($1.00) | | $13.07 |
| PEK | 1/14/2006 2:08:38 PM | ITS0114 | | | Phone Withdrawal | ($1.00) | | $14.07 |
| PEK | 1/14/2006 8:02:20 AM | ITS0114 | | | Phone Withdrawal | ($1.00) | | $15.07 |
| PEK | 1/13/2006 4:39:23 PM | ITS0113 | | | Phone Withdrawal | ($1.00) | | $16.07 |
| PEK | 1/13/2006 4:31:37 PM | ITS0113 | | | Phone Withdrawal | ($1.00) | | $17.07 |
| PEK | 1/12/2006 6:11:33 PM | ITS0112 | | | Phone Withdrawal | ($1.00) | | $18.07 |
| PEK | 1/12/2006 6:02:56 PM | ITS0112 | | | Phone Withdrawal | ($1.00) | | $19.07 |
| PEK | 1/11/2006 6:43:17 PM | ITS0111 | | | Phone Withdrawal | ($1.00) | | $20.07 |
| PEK | 1/11/2006 6:36:35 PM | ITS0111 | | | Phone Withdrawal | ($1.00) | | $21.07 |
| PEK | 1/11/2006 6:07:26 PM | 28 | | | Sales | ($14.50) | | $22.07 |
| PEK | 1/10/2006 4:38:29 PM | ITS0110 | | | Phone Withdrawal | ($3.00) | | $36.57 |
| PEK | 1/10/2006 4:30:42 PM | ITS0110 | | | Phone Withdrawal | ($1.00) | | $39.57 |
| PEK | 1/10/2006 5:30:34 AM | 70149001 | | | Lockbox - CD | $40.00 | | $40.57 |
| PEK | 1/8/2006 8:41:37 AM | ITS0108 | | | Phone Withdrawal | ($1.00) | | $0.57 |
| PEK | 1/7/2006 8:29:02 AM | ITS0107 | | | Phone Withdrawal | ($2.00) | | $1.57 |
| PEK | 1/7/2006 8:22:18 AM | ITS0107 | | | Phone Withdrawal | ($1.00) | | $3.57 |
| PEK | 1/6/2006 4:42:19 PM | ITS0106 | | | Phone Withdrawal | ($1.00) | | $4.57 |
| PEK | 1/6/2006 4:31:31 PM | ITS0106 | | | Phone Withdrawal | ($1.00) | | $5.57 |
| PEK | 1/5/2006 4:42:14 PM | ITS0105 | | | Phone Withdrawal | ($3.00) | | $6.57 |
| PEK | 1/5/2006 4:31:14 PM | ITS0105 | | | Phone Withdrawal | ($2.00) | | $9.57 |
| PEK | 1/4/2006 6:53:19 PM | ITS0104 | | | Phone Withdrawal | ($2.00) | | $11.57 |
| PEK | 1/4/2006 6:26:50 PM | 81 | | | Sales | ($5.70) | | $13.57 |
| PEK | 1/4/2006 4:30:40 PM | ITS0104 | | | Phone Withdrawal | ($2.00) | | $19.27 |
| PEK | 1/4/2006 7:47:13 AM | FIPP1205 | | | Payroll - IPP | $21.00 | | $21.27 |
| PEK | 1/2/2006 8:10:06 AM | ITS0102 | | | Phone Withdrawal | ($1.00) | | $0.27 |
| PEK | 1/1/2006 11:13:21 AM | ITS0101 | | | Phone Withdrawal | ($1.00) | | $1.27 |
| PEK | 1/1/2006 9:00:28 AM | ITS0101 | | | Phone Withdrawal | ($1.00) | | $2.27 |
| PEK | 12/31/2005 2:01:26 PM | ITS1231 | | | Phone Withdrawal | ($1.00) | | $3.27 |
| PEK | 12/31/2005 8:08:57 AM | ITS1231 | | | Phone Withdrawal | ($1.00) | | $4.27 |

| PEK | 12/30/2005 | ITS1230 | Phone Withdrawal | ($1.00) | $5.27 |
|-----|------------|---------|------------------|---------|-------|
|     | 4:54:13 PM |         |                  |         |       |
| PEK | 12/30/2005 | ITS1230 | Phone Withdrawal | ($1.00) | $6.27 |
|     | 4:33:57 PM |         |                  |         |       |
| PEK | 12/29/2005 | ITS1229 | Phone Withdrawal | ($2.00) | $7.27 |
|     | 4:44:17 PM |         |                  |         |       |
| PEK | 12/29/2005 | ITS1229 | Phone Withdrawal | ($2.00) | $9.27 |
|     | 4:32:39 PM |         |                  |         |       |
| PEK | 12/28/2005 | ITS1228 | Phone Withdrawal | ($2.00) | $11.27 |
|     | 4:43:53 PM |         |                  |         |       |
| PEK | 12/28/2005 | ITS1228 | Phone Withdrawal | ($2.00) | $13.27 |
|     | 4:32:03 PM |         |                  |         |       |
| PEK | 12/27/2005 | 70148201 | Lockbox - CD    | $15.00  | $15.27 |
|     | 5:10:31 AM |         |                  |         |       |
| PEK | 12/19/2005 | ITS1219 | Phone Withdrawal | ($1.00) | $0.27 |
|     | 5:48:06 PM |         |                  |         |       |
| PEK | 12/19/2005 | ITS1219 | Phone Withdrawal | ($1.00) | $1.27 |
|     | 4:31:17 PM |         |                  |         |       |
| PEK | 12/18/2005 | ITS1218 | Phone Withdrawal | ($1.00) | $2.27 |
|     | 2:10:30 PM |         |                  |         |       |
| PEK | 12/18/2005 | ITS1218 | Phone Withdrawal | ($1.00) | $3.27 |
|     | 11:16:22 AM |        |                  |         |       |
| PEK | 12/17/2005 | ITS1217 | Phone Withdrawal | ($1.00) | $4.27 |
|     | 1:45:43 PM |         |                  |         |       |
| PEK | 12/17/2005 | ITS1217 | Phone Withdrawal | ($1.00) | $5.27 |
|     | 10:37:03 AM |        |                  |         |       |
| PEK | 12/16/2005 | ITS1216 | Phone Withdrawal | ($1.00) | $6.27 |
|     | 4:36:54 PM |         |                  |         |       |
| PEK | 12/16/2005 | ITS1216 | Phone Withdrawal | ($1.00) | $7.27 |
|     | 4:31:27 PM |         |                  |         |       |
| PEK | 12/15/2005 | ITS1215 | Phone Withdrawal | ($2.00) | $8.27 |
|     | 4:43:51 PM |         |                  |         |       |
| PEK | 12/15/2005 | ITS1215 | Phone Withdrawal | ($2.00) | $10.27 |
|     | 4:31:30 PM |         |                  |         |       |

1 2 3 4 5 6

**Total Transactions: 274**

**Totals:**          **($0.48)**     **$0.00**

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|------------|-------------------|---------------------|------------------|-----------------|-------------------|-------------------------|----------------------|-----------------|
| PEK | $0.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.29 |
| **Totals:** | **$0.29** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.29** |

INMATE VISITOR LIST

# Inmate Statement

| Inmate Reg #: | 11874007 | Current Institution: | Pekin FCI |
|---|---|---|---|
| Inmate Name: | THOMPSON, JOSEPH | Housing Unit: | INDIANA |
| Report Date: | 04/19/2006 | Living Quarters: | B02-231L |
| Report Time: | 2:47:08 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | 12/14/2005 4:59:47 PM | ITS1214 | | | Phone Withdrawal | ($1.00) | | $12.27 |
| PEK | 12/14/2005 4:31:32 PM | ITS1214 | | | Phone Withdrawal | ($1.00) | | $13.27 |
| PEK | 12/13/2005 5:33:07 PM | ITS1213 | | | Phone Withdrawal | ($2.00) | | $14.27 |
| PEK | 12/13/2005 4:31:52 PM | ITS1213 | | | Phone Withdrawal | ($1.00) | | $16.27 |
| PEK | 12/12/2005 4:42:03 PM | ITS1212 | | | Phone Withdrawal | ($1.00) | | $17.27 |
| PEK | 12/12/2005 4:31:52 PM | ITS1212 | | | Phone Withdrawal | ($2.00) | | $18.27 |
| PEK | 12/12/2005 5:12:18 AM | 70147103 | | | Lockbox - CD | $20.00 | | $20.27 |
| PEK | 12/9/2005 8:08:18 PM | ITS1209 | | | Phone Withdrawal | ($1.00) | | $0.27 |
| PEK | 12/9/2005 8:00:44 PM | ITS1209 | | | Phone Withdrawal | ($1.00) | | $1.27 |
| PEK | 12/8/2005 7:46:07 PM | ITS1208 | | | Phone Withdrawal | ($4.00) | | $2.27 |
| PEK | 12/8/2005 7:33:04 PM | ITS1208 | | | Phone Withdrawal | ($2.00) | | $6.27 |
| PEK | 12/7/2005 4:42:52 PM | ITS1207 | | | Phone Withdrawal | ($1.00) | | $8.27 |
| PEK | 12/7/2005 4:35:26 PM | ITS1207 | | | Phone Withdrawal | ($1.00) | | $9.27 |
| PEK | 12/6/2005 4:38:00 PM | ITS1206 | | | Phone Withdrawal | ($2.00) | | $10.27 |
| PEK | 12/6/2005 4:30:55 PM | ITS1206 | | | Phone Withdrawal | ($1.00) | | $12.27 |
| PEK | 12/5/2005 9:18:33 PM | ITS1205 | | | Phone Withdrawal | ($2.00) | | $13.27 |
| PEK | 12/5/2005 4:31:03 PM | ITS1205 | | | Phone Withdrawal | ($1.00) | | $15.27 |
| PEK | 12/4/2005 8:45:24 PM | ITS1204 | | | Phone Withdrawal | ($2.00) | | $16.27 |
| PEK | 12/4/2005 4:40:28 PM | ITS1204 | | | Phone Withdrawal | ($2.00) | | $18.27 |
| PEK | 12/3/2005 7:46:35 PM | ITS1203 | | | Phone Withdrawal | ($1.00) | | $20.27 |
| PEK | 12/3/2005 7:38:58 PM | ITS1203 | | | Phone Withdrawal | ($1.00) | | $21.27 |
| PEK | 12/2/2005 6:39:39 PM | ITS1202 | | | Phone Withdrawal | ($2.00) | | $22.27 |
| PEK | 12/2/2005 4:32:42 PM | ITS1202 | | | Phone Withdrawal | ($2.00) | | $24.27 |
| PEK | 12/2/2005 8:50:22 AM | FIPP1105 | | | Payroll - IPP | $26.00 | | $26.27 |
| PEK | 11/27/2005 9:19:16 PM | ITS1127 | | | Phone Withdrawal | ($1.00) | | $0.27 |
| PEK | 11/26/2005 8:34:07 PM | ITS1126 | | | Phone Withdrawal | ($1.00) | | $1.27 |
| PEK | 11/25/2005 9:19:54 PM | ITS1125 | | | Phone Withdrawal | ($1.00) | | $2.27 |
| PEK | 11/25/2005 8:06:44 PM | ITS1125 | | | Phone Withdrawal | ($1.00) | | $3.27 |
| PEK | 11/24/2005 8:07:48 PM | ITS1124 | | | Phone Withdrawal | ($1.00) | | $4.27 |
| PEK | 11/24/2005 5:11:07 PM | ITS1124 | | | Phone Withdrawal | ($1.00) | | $5.27 |
| PEK | 11/23/2005 9:23:48 PM | ITS1123 | | | Phone Withdrawal | ($2.00) | | $6.27 |
| PEK | 11/23/2005 4:50:13 PM | ITS1123 | | | Phone Withdrawal | ($1.00) | | $8.27 |
| PEK | 11/22/2005 5:19:45 PM | ITS1122 | | | Phone Withdrawal | ($1.00) | | $9.27 |

NETTER, CLOYD L

| | | | | | | |
|---|---|---|---|---|---|---|
| PEK | 11/22/2005 4:31:36 PM | ITS1122 | Phone Withdrawal | ($1.00) | | $10.27 |
| PEK | 11/21/2005 5:18:35 PM | ITS1121 | Phone Withdrawal | ($2.00) | | $11.27 |
| PEK | 11/21/2005 4:52:55 PM | ITS1121 | Phone Withdrawal | ($2.00) | | $13.27 |
| PEK | 11/21/2005 5:24:08 AM | 70145703 | Lockbox - CD | $15.00 | | $15.27 |
| PEK | 11/8/2005 4:37:19 PM | ITS1108 | Phone Withdrawal | ($1.00) | | $0.27 |
| PEK | 11/8/2005 4:30:36 PM | ITS1108 | Phone Withdrawal | ($1.00) | | $1.27 |
| PEK | 11/7/2005 6:49:04 PM | ITS1107 | Phone Withdrawal | ($1.00) | | $2.27 |
| PEK | 11/6/2005 2:58:29 PM | ITS1106 | Phone Withdrawal | ($1.00) | | $3.27 |
| PEK | 11/6/2005 11:36:12 AM | ITS1106 | Phone Withdrawal | ($1.00) | | $4.27 |
| PEK | 11/5/2005 7:50:01 AM | ITS1105 | Phone Withdrawal | ($2.00) | | $5.27 |
| PEK | 11/5/2005 7:37:47 AM | ITS1105 | Phone Withdrawal | ($1.00) | | $7.27 |
| PEK | 11/4/2005 4:36:56 PM | ITS1104 | Phone Withdrawal | ($2.00) | | $8.27 |
| PEK | 11/4/2005 4:31:16 PM | ITS1104 | Phone Withdrawal | ($1.00) | | $10.27 |
| PEK | 11/3/2005 5:40:38 PM | ITS1103 | Phone Withdrawal | ($2.00) | | $11.27 |
| PEK | 11/3/2005 5:30:41 PM | 43 | Sales | ($9.70) | | $13.27 |
| PEK | 11/3/2005 4:37:12 PM | ITS1103 | Phone Withdrawal | ($1.00) | | $22.97 |
| PEK | 11/2/2005 4:38:30 PM | ITS1102 | Phone Withdrawal | ($2.00) | | $23.97 |

1 2 3 4 5 6

**Total Transactions: 274**

Totals:        ($0.48)        $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | $0.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.29 |
| **Totals:** | **$0.29** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.29** |

# Inmate Statement

| Inmate Reg #: | 11874007 | | Current Institution: | Pekin FCI |
|---|---|---|---|---|
| Inmate Name: | THOMPSON, JOSEPH | | Housing Unit: | INDIANA |
| Report Date: | 04/19/2006 | | Living Quarters: | B02-231L |
| Report Time: | 2:47:21 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | 11/2/2005 4:31:35 PM | ITS1102 | | | Phone Withdrawal | ($1.00) | | $25.97 |
| PEK | 11/2/2005 10:25:27 AM | FIPP1005 | | | Payroll - IPP | $26.00 | | $26.97 |
| PEK | 10/26/2005 5:09:43 PM | ITS1026 | | | Phone Withdrawal | ($1.00) | | $0.97 |
| PEK | 10/25/2005 4:31:43 PM | ITS1025 | | | Phone Withdrawal | ($1.00) | | $1.97 |
| PEK | 10/24/2005 4:40:05 PM | ITS1024 | | | Phone Withdrawal | ($1.00) | | $2.97 |
| PEK | 10/24/2005 4:32:07 PM | ITS1024 | | | Phone Withdrawal | ($1.00) | | $3.97 |
| PEK | 10/23/2005 1:40:32 PM | ITS1023 | | | Phone Withdrawal | ($1.00) | | $4.97 |
| PEK | 10/23/2005 8:29:21 AM | ITS1023 | | | Phone Withdrawal | ($1.00) | | $5.97 |
| PEK | 10/22/2005 7:53:42 AM | ITS1022 | | | Phone Withdrawal | ($2.00) | | $6.97 |
| PEK | 10/22/2005 7:08:47 AM | ITS1022 | | | Phone Withdrawal | ($2.00) | | $8.97 |
| PEK | 10/21/2005 4:52:26 PM | ITS1021 | | | Phone Withdrawal | ($1.00) | | $10.97 |
| PEK | 10/21/2005 4:43:18 PM | ITS1021 | | | Phone Withdrawal | ($1.00) | | $11.97 |
| PEK | 10/20/2005 4:39:14 PM | ITS1020 | | | Phone Withdrawal | ($2.00) | | $12.97 |
| PEK | 10/20/2005 4:31:26 PM | ITS1020 | | | Phone Withdrawal | ($1.00) | | $14.97 |
| PEK | 10/19/2005 4:43:28 PM | ITS1019 | | | Phone Withdrawal | ($3.00) | | $15.97 |
| PEK | 10/19/2005 4:31:00 PM | ITS1019 | | | Phone Withdrawal | ($2.00) | | $18.97 |
| PEK | 10/19/2005 5:26:49 AM | 70143501 | | | Lockbox - CD | $20.00 | | $20.97 |
| PEK | 10/13/2005 7:21:26 PM | ITS1013 | | | Phone Withdrawal | ($1.00) | | $0.97 |
| PEK | 10/11/2005 4:53:02 PM | ITS1011 | | | Phone Withdrawal | ($1.00) | | $1.97 |
| PEK | 10/10/2005 11:06:20 AM | ITS1010 | | | Phone Withdrawal | ($1.00) | | $2.97 |
| PEK | 10/10/2005 7:50:47 AM | ITS1010 | | | Phone Withdrawal | ($1.00) | | $3.97 |
| PEK | 10/9/2005 5:14:10 PM | ITS1009 | | | Phone Withdrawal | ($3.00) | | $4.97 |
| PEK | 10/9/2005 9:05:26 AM | ITS1009 | | | Phone Withdrawal | ($2.00) | | $7.97 |
| PEK | 10/8/2005 11:38:54 AM | ITS1008 | | | Phone Withdrawal | ($2.00) | | $9.97 |
| PEK | 10/8/2005 7:11:05 AM | ITS1008 | | | Phone Withdrawal | ($1.00) | | $11.97 |
| PEK | 10/7/2005 4:44:06 PM | ITS1007 | | | Phone Withdrawal | ($2.00) | | $12.97 |
| PEK | 10/7/2005 4:31:19 PM | ITS1007 | | | Phone Withdrawal | ($2.00) | | $14.97 |
| PEK | 10/6/2005 4:37:23 PM | ITS1006 | | | Phone Withdrawal | ($1.00) | | $16.97 |
| PEK | 10/6/2005 4:31:11 PM | ITS1006 | | | Phone Withdrawal | ($1.00) | | $17.97 |
| PEK | 10/5/2005 9:21:31 PM | ITS1005 | | | Phone Withdrawal | ($2.00) | | $18.97 |
| PEK | 10/5/2005 4:30:46 PM | ITS1005 | | | Phone Withdrawal | ($2.00) | | $20.97 |
| PEK | 10/4/2005 4:45:55 PM | ITS1004 | | | Phone Withdrawal | ($3.00) | | $22.97 |
| PEK | 10/4/2005 4:30:35 PM | ITS1004 | | | Phone Withdrawal | ($3.00) | | $25.97 |

INMATE VISITOR LIST                                    NETTER, CLOYD L

| PEK | 10/4/2005 8:27:28 AM | JV0008 | Payroll - IPP | $28.00 | $28.97 |
| PEK | 9/16/2005 7:39:07 PM | ITS0916 | Phone Withdrawal | ($1.00) | $0.97 |
| PEK | 9/15/2005 9:29:36 PM | ITS0915 | Phone Withdrawal | ($1.00) | $1.97 |
| PEK | 9/15/2005 9:15:45 PM | ITS0915 | Phone Withdrawal | ($2.00) | $2.97 |
| PEK | 9/13/2005 4:38:11 PM | ITS0913 | Phone Withdrawal | ($1.00) | $4.97 |
| PEK | 9/13/2005 4:31:44 PM | ITS0913 | Phone Withdrawal | ($1.00) | $5.97 |
| PEK | 9/10/2005 6:20:46 PM | ITS0910 | Phone Withdrawal | ($1.00) | $6.97 |
| PEK | 9/10/2005 6:19:24 PM | ITS0910 | Phone Withdrawal | ($3.00) | $7.97 |
| PEK | 9/10/2005 5:34:38 AM | 70140901 | Lockbox - CD | $10.00 | $10.97 |
| PEK | 9/8/2005 4:30:28 PM | ITS0908 | Phone Withdrawal | ($1.00) | $0.97 |
| PEK | 9/7/2005 4:41:54 PM | ITS0907 | Phone Withdrawal | ($2.00) | $1.97 |
| PEK | 9/7/2005 4:30:37 PM | ITS0907 | Phone Withdrawal | ($2.00) | $3.97 |
| PEK | 9/6/2005 5:04:07 PM | ITS0906 | Phone Withdrawal | ($1.00) | $5.97 |
| PEK | 9/6/2005 4:31:16 PM | ITS0906 | Phone Withdrawal | ($1.00) | $6.97 |
| PEK | 9/5/2005 5:30:03 PM | ITS0905 | Phone Withdrawal | ($1.00) | $7.97 |
| PEK | 9/5/2005 5:20:23 PM | ITS0905 | Phone Withdrawal | ($2.00) | $8.97 |
| PEK | 9/4/2005 3:39:09 PM | ITS0904 | Phone Withdrawal | ($1.00) | $10.97 |

1 2 3 4 5 6

**Total Transactions: 274**

|  |  | Totals: | **($0.48)** | **$0.00** |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | $0.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.29 |
| **Totals:** | **$0.29** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.29** |

## Inmate Statement

| | | |
|---|---|---|
| **Inmate Reg #:** | 11874007 | **Current Institution:** Pekin FCI |
| **Inmate Name:** | THOMPSON, JOSEPH | **Housing Unit:** INDIANA |
| **Report Date:** | 04/19/2006 | **Living Quarters:** B02-231L |
| **Report Time:** | 2:47:30 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | 9/4/2005 9:44:52 AM | ITS0904 | | | Phone Withdrawal | ($2.00) | | $11.97 |
| PEK | 9/3/2005 7:35:30 PM | ITS0903 | | | Phone Withdrawal | ($1.00) | | $13.97 |
| PEK | 9/3/2005 12:35:22 PM | ITS0903 | | | Phone Withdrawal | ($1.00) | | $14.97 |
| PEK | 9/2/2005 8:24:26 PM | ITS0902 | | | Phone Withdrawal | ($1.00) | | $15.97 |
| PEK | 9/2/2005 4:42:58 PM | ITS0902 | | | Phone Withdrawal | ($6.00) | | $16.97 |
| PEK | 9/2/2005 8:27:18 AM | JV0110 | | | Payroll - IPP | $22.56 | | $22.97 |
| PEK | 8/26/2005 5:01:05 PM | ITS0826 | | | Phone Withdrawal | ($1.00) | | $0.41 |
| PEK | 8/24/2005 4:57:35 PM | ITS0824 | | | Phone Withdrawal | ($1.00) | | $1.41 |
| PEK | 8/23/2005 9:37:28 PM | ITS0823 | | | Phone Withdrawal | ($2.00) | | $2.41 |
| PEK | 8/23/2005 8:56:53 PM | ITS0823 | | | Phone Withdrawal | ($2.00) | | $4.41 |
| PEK | 8/22/2005 5:24:26 PM | ITS0822 | | | Phone Withdrawal | ($2.00) | | $6.41 |
| PEK | 8/22/2005 5:07:21 PM | ITS0822 | | | Phone Withdrawal | ($2.00) | | $8.41 |
| PEK | 8/22/2005 5:14:58 AM | 70139503 | | | Lockbox - CD | $10.00 | | $10.41 |
| PEK | 8/6/2005 9:08:05 AM | ITS0806 | | | Phone Withdrawal | ($1.00) | | $0.41 |
| PEK | 8/6/2005 7:13:31 AM | ITS0806 | | | Phone Withdrawal | ($1.00) | | $1.41 |
| PEK | 8/5/2005 4:58:53 PM | ITS0805 | | | Phone Withdrawal | ($1.00) | | $2.41 |
| PEK | 8/5/2005 4:47:04 PM | ITS0805 | | | Phone Withdrawal | ($1.00) | | $3.41 |
| PEK | 8/4/2005 4:56:04 PM | ITS0804 | | | Phone Withdrawal | ($2.00) | | $4.41 |
| PEK | 8/4/2005 4:44:19 PM | ITS0804 | | | Phone Withdrawal | ($2.00) | | $6.41 |
| PEK | 8/3/2005 8:46:08 PM | ITS0803 | | | Phone Withdrawal | ($1.00) | | $8.41 |
| PEK | 8/3/2005 8:30:29 PM | ITS0803 | | | Phone Withdrawal | ($1.00) | | $9.41 |
| PEK | 8/2/2005 6:13:10 PM | ITS0802 | | | Phone Withdrawal | ($5.00) | | $10.41 |
| PEK | 8/2/2005 5:00:53 PM | ITS0802 | | | Phone Withdrawal | ($3.00) | | $15.41 |
| PEK | 8/2/2005 9:13:17 AM | JV0103 | | | Payroll - IPP | $17.64 | | $18.41 |

1 2 3 4 5 6

**Total Transactions: 274**

| | | | |
|---|---|---|---|
| | **Totals:** | ($0.48) | $0.00 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | $0.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.29 |
| **Totals:** | $0.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.29 |

## CERTIFICATE OF SERVICE

I, Joseph Thompson, Petitioner/Appellant, hereby certify that
a true copy of the enclosed "Appellant's Jurisdiction/Docketing
Statement" has been served this _24_ day of _April, 2006_,
2006, by delivering the same in the hands of the Administrative
Staff at F.C.I. Pekin, Illinois, per B.O.P. Policy, postage prepaid,
first-class, to the following: Thomas A. Keith, AUSA, 211 Fulton,
Suite 400, Peoria, Illinois 61602.

/s/ Joseph R. Thompson
Joseph Thompson, Pro-se