# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

JOSEPH THOMPSON,                )
                                )
    Petitioner,             )
                                )
  v.                            )    Case No. 05-1267
                                )
UNITED STATES PAROLE            )
COMMISSION,                     )
                                )
    Respondent.             )

## O R D E R

The matter presently before the Court is Joseph Thompson's Application for Permission to Proceed In Forma Pauperis on Appeal [Doc. # 14]. Under 28 U.S.C. § 1915(a)(3), the Court is required to determine if Petitioner's appeal is taken in good faith. See Newlin v. Helman, 123 F.3d 429, 433-34 (7th Cir. 1997); Sperow v. Melvin, 153 F.3d 780, 781 (7th Cir. 1998). To determine that an appeal is taken in good faith, "a court need only find that a reasonable person could suppose that the appeal has some merit." Walker v. O'Brien, 216 F.3d 626, 632 (7th Cir. June 22, 2000).

A review of his Application and his prison trust fund ledger reveals that Petitioner has only $0.29 available in his trust fund account. Although the Court finds his chances of success on appeal to be extremely slim, his conduct is not such that it can reasonably be characterized as bad faith. Accordingly, Thompson's Application for Permission to Proceed In Forma Pauperis on Appeal [Doc. # 14] is GRANTED.

    ENTERED this __3rd__ day of May, 2006.

                                                            s/ Joe B. McDade
                                                             JOE BILLY McDADE
                                               United States District Judge