

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 2, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Thompson v. US Parole Commission
D. C. Docket No. 05-1267
U. S. C. A. Docket No. 06-2141

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    1- Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

    Volumes of Exhibits:

    Impounded Exhibits:

    Other (specify):

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

    Very truly yours,

    JOHN M. WATERS, CLERK

    BY:__s/ T. Kelch_____
        Deputy Clerk