E-FILED
Thursday, 10 August, 2006 11:42:22 AM
Clerk, U.S. District Court, ILCD




FILED
AUG 10 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

COPY

August 2, 2006

06-2141

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Thompson v. US Parole Commission
D. C. Docket No. 05-1267
U. S. C. A. Docket No. 06-2141

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

U.S.C.A.—7th Circuit
FILED
AUG 07 2006 DP
GINO J. AGNELLO
CLERK
DOC. #______________

U.S.C.A.—7th Circuit
RECEIVED
AUG 04 2006 JC
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:__s/ T. Kelch____________________________
Deputy Clerk