# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 28, 2006

By the court:

| | |
|---|---|
| JOSEPH THOMPSON,<br>    Petitioner-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 06-2141                    v. | ] Illinois.<br>] |
| RICK V. VEACH, Warden,<br>    Respondent-Appellee. | ] No. 05 C 1267<br>]<br>] Joe Billy McDade,<br>]    Judge. |

FILED
DEC - 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

    Pursuant to this court's order of October 5, 2006, **IT IS ORDERED** that attorney Song K. Cheng, Mayer, Brown, Rowe and Maw, 71 South Wacker Drive, Chicago, Illinois 60606, is appointed to represent petitioner-appellant Joseph Thompson pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the petitioner-appellant immediately.

    Briefing shall proceed as follows:

1.     Petitioner-appellant shall file his brief and required short appendix on or before February 7, 2007.

2.     Respondent-appellee shall file his brief on or before March 9, 2007.

3.     Petitioner-appellant shall file his reply brief, if any, on or before March 23, 2007.

Note:    Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

    Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.