E-FILED
Tuesday, 06 February, 2007 12:38:21 PM
Clerk, U.S. District Court, ILCD

FILED
FEB - 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Joseph Thompson
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Appearing pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

JOSEPH THOMPSON,    )
                    )
    Petitioner-Appellant,  )
                    )
vs.                 )    No. 06-2141 Appeal
                    )    No. 05-1267 Dist.
                    )
U.S. PAROLE COMMISSION,    )
                    )
    Respondent-Appellee.   )
                    )

**PETITIONER'S MOTION TO EXPEDITE DISPOSITION OF BOND MOTION**

Now comes, Joseph Thompson ("Thompson"), appearing pro se, and respectfully asks this Court to expedite its disposition of his request for bond pending appellate review. In support, Thompson avers as follows:

1. Petitioner initially asked this Court for bond pending appellate review. After several telephone calls with the Clerk's office, petitioner learned that the court was certain to deny the motion because the appellate court already had jurisdiction over the matter.

2.   However, the Clerk claimed that the Court would be unable to issue an order to that effect for at least three weeks due to the court's motion calendar being congested.  So, petitioner filed a request for bond with the appellate court.

3.   Subsequently, the appellate court denied petitioner's request for bond and allowed petitioner the opportunity to resubmit the same when the district court ruled on the motion. See Exhibit A (January 29, 2007 Order).  As such, petitioner respectfully asks this Court to dispose of the motion to enable him to seek bond in the appellate court.

Dated:   February 2, 2007

Respectfully submitted,

Joseph Thompson
FCI Pekin
P.O. Box 5000
Pekin, IL 61555-5000

Appearing pro se

2

## DECLARATION

I, Joseph Thompson, hereby affirm under penalty of perjury and pursuant to 28 U.S.C. §1746, that the foregoing is true and correct based upon my knowledge and belief.

Dated: February 2, 2007

*Joseph Thompson*

## CERTIFICATE

I hereby certify that I have placed a true and correct copy of the foregoing in the U.S. Mail firstclass postage prepaid and properly addressed to the following on this 2nd day of February, 2007.

    Thomas A. Keith
    Assistant United States Attorney
    211 Fulton Street, Suite 400
    Peoria, IL 61602

*Joseph Thompson*

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 29, 2007

*Before*

**Hon. DANIEL A. MANION**, *Circuit Judge*

| | |
|---|---|
| JOSEPH THOMPSON,<br>    Petitioner-Appellant,<br><br>No. 06-2141      v.<br><br>RICK V. VEACH, Warden,<br>    Respondent-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 05 C 1267<br>]<br>] Joe Billy McDade,<br>]    Judge. |

Upon consideration of the **APPELLANT'S MOTION FOR BOND PENDING REVIEW**, filed on January 25, 2007, by the pro se appellant,

**IT IS ORDERED** that the motion is **DENIED** with leave to renew after the district court rules on the motion for bond before it.